DARRELL D. DENNIS
Nevada Bar No. 006618
MICHAEL E. TALBOT
Nevada Bar No. 003827
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
E-Mail: dennis@lbbslaw.com
E-Mail: talbot@lbbslaw.com
702.893.3383
FAX: 702.893.3789
Attorneys for GEICO General Insurance
Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARYBEL GOLDSMITH, an individual, | CASE NO. 2:12-cv-02047-MMD-PAL |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO REMAND TO STATE COURT AND LIMIT RECOVERABLE DAMAGES TO $75,000.00 |
| GEICO GENERAL INSURANCE COMPANY, a Maryland corporation; DOES I-X, and ROE CORPORATIONS I-X, | |
| Defendants. | |

Plaintiff, MARYBEL GOLDSMITH ("Plaintiff"), and Defendant GEICO GENERAL INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, stipulate as follows:

1.      Plaintiff's First Amended Complaint was originally filed in the Eighth Judicial District Court, State of Nevada, on November 6, 2012, and thereafter removed to this Court on November 29, 2012 on grounds of diversity of citizenship.  The Amended Complaint alleges claims for underinsured motorist benefits, bad faith, unfair claims practices and breach of fiduciary as a result of a motor vehicle accident.

/ / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-1965-7490.1

2.     Plaintiff stipulates that her total claimed recoverable damages against Defendant in this action do not, and will not, exceed the sum of Seventy-Five Thousand and 00/100 Dollars ($75,000.00), exclusive of costs and interest.  This stipulation that Plaintiff's total claimed damages do not exceed $75,000.00, exclusive of costs and interest, applies to any all claims arising out of or relating to this action, regardless of claim or theory of liability and regardless of whether presently pled or not, and applies to all claimed damages whether, general, special, punitive, attorneys fees or otherwise.

3.     Pursuant to this Stipulation, Plaintiff will not seek to recover damages against Defendant in this action greater than $75,000.00, exclusive of costs and interest. Under no circumstances can Plaintiff recover more than $75,000.00, exclusive of costs and interest, from Defendant and, in no event, shall judgment be entered in favor of Plaintiff in an amount in excess of $75,000.00, exclusive of costs and interest.

4.     By entering into this Stipulation, Defendant neither acknowledges nor concedes  liability or damages with respect to any claims brought by Plaintiff in her Amended Complaint, or as such Complaint may hereafter be amended, and expressly denies liability and damages.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-1965-7490.1                                    2

5.    This action shall be remanded to the Eighth Judicial District Court for Clark County, State of Nevada, for all further proceedings, consistent with this Stipulation.

Dated this _____ day of January, 2013.    Dated this _9<u>th</u>_ day of January, 2013.

SAGGESE & ASSOCIATES, LTD.    LEWIS BRISBOIS BISGAARD & SMITH LLP

| | |
|---|---|
| MARC A. SAGGESE, ESQ. | DARRELL D. DENNIS, ESQ. |
| Nevada Bar No. 7166 | Nevada Bar No. 6618 |
| 732 S. Sixth Street, Suite 201 | MICHAEL E. TALBOT, ESQ. |
| Las Vegas, NV 89101 | Nevada Bar No. 3827 |
| Telephone: (702) 778-8883 | 6385 S. Rainbow Boulevard, Suite 600 |
| Fax: (702) 778-8884 | Las Vegas, Nevada 89118 |
| *Attorneys for Plaintiff* | Telephone: (702) 893-3383 |
| | Fax: (702) 893-3789 |
| | *Attorneys for Defendant GEICO General Insurance Company* |

## ORDER

IT IS SO ORDERED.

Dated this _9th_ day of _January_, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MICHAEL E. TALBOT, ESQ.
Nevada Bar No. 3827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO General Insurance Company*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-1965-7490.1

3