1  DARRELL D. DENNIS
   Nevada Bar No. 006618
2  MICHAEL E. TALBOT
   Nevada Bar No. 003827
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
5  E-Mail: dennis@lbbslaw.com
   E-Mail: talbot@lbbslaw.com
6  702.893.3383
   FAX: 702.893.3789
7  *Attorneys for GEICO General Insurance*
8  *Company*

9

10              UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12

13  MARYBEL GOLDSMITH, an individual,       | CASE NO. 2:12-cv-02047-MMD-PAL

14              Plaintiff,

15      vs.                                   STIPULATION AND ORDER TO
                                              REMAND TO STATE COURT AND LIMIT
                                              RECOVERABLE DAMAGES TO
16  GEICO GENERAL INSURANCE                   $75,000.00
    COMPANY, a Maryland corporation;
17  DOES I-X, and ROE CORPORATIONS I-
    X,
18
              Defendants.
19

20      Plaintiff, MARYBEL GOLDSMITH ("Plaintiff"), and Defendant GEICO GENERAL

21  INSURANCE COMPANY ("Defendant"), by and through their respective counsel of

22  record, stipulate as follows:

23      1.      Plaintiff's First Amended Complaint was originally filed in the Eighth Judicial

24  District Court, State of Nevada, on November 6, 2012, and thereafter removed to this

25  Court on November 29, 2012 on grounds of diversity of citizenship.  The Amended

26  Complaint alleges claims for underinsured motorist benefits, bad faith, unfair claims

27  practices and breach of fiduciary as a result of a motor vehicle accident.

28  / / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-1965-7490.1

1    2.    Plaintiff stipulates that her total claimed recoverable damages against
2    Defendant in this action do not, and will not, exceed the sum of Seventy-Five Thousand
3    and 00/100 Dollars ($75,000.00), exclusive of costs and interest.  This stipulation that
4    Plaintiff's total claimed damages do not exceed $75,000.00, exclusive of costs and
5    interest, applies to any all claims arising out of or relating to this action, regardless of
6    claim or theory of liability and regardless of whether presently pled or not, and applies to
7    all claimed damages whether, general, special, punitive, attorneys fees or otherwise.

8    3.    Pursuant to this Stipulation, Plaintiff will not seek to recover damages
9    against Defendant in this action greater than $75,000.00, exclusive of costs and interest.
10   Under no circumstances can Plaintiff recover more than $75,000.00, exclusive of costs
11   and interest, from Defendant and, in no event, shall judgment be entered in favor of
12   Plaintiff in an amount in excess of $75,000.00, exclusive of costs and interest.

13   4.    By entering into this Stipulation, Defendant neither acknowledges nor
14   concedes  liability or damages with respect to any claims brought by Plaintiff in her
15   Amended Complaint, or as such Complaint may hereafter be amended, and expressly
16   denies liability and damages.

17   / / / /
18   / / / /
19   / / / /
20   / / / /
21   / / / /
22   / / / /
23   / / / /
24   / / / /
25   / / / /
26   / / / /
27   / / / /
28   / / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-1965-7490.1                                      2

5.    This action shall be remanded to the Eighth Judicial District Court for Clark County, State of Nevada, for all further proceedings, consistent with this Stipulation.

Dated this _____ day of January, 2013.    Dated this _9th_ day of January, 2013.

SAGGESE & ASSOCIATES, LTD.    LEWIS BRISBOIS BISGAARD & SMITH LLP

MARC A. SAGGESE, ESQ.
Nevada Bar No. 7166
732 S. Sixth Street, Suite 201
Las Vegas, NV 89101
Telephone: (702) 778-8883
Fax: (702) 778-8884
*Attorneys for Plaintiff*

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MICHAEL E. TALBOT, ESQ.
Nevada Bar No. 3827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
*Attorneys for Defendant GEICO General Insurance Company*

ORDER

IT IS SO ORDERED.

Dated this ___9th___ day of ___January___, 2013.

UNITED STATES DISTRICT COURT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
MICHAEL E. TALBOT, ESQ.
Nevada Bar No. 3827
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO General Insurance Company*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-1965-7490.1

3